**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-2647-WJM-CBS

THERESA BERRY,

    Plaintiff,

v.

CHRIS SLUDER,
BRANDON BEAUVAIS,
CHAD GARCIA, and
JOHN DOES 1-3,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS CLAIMS
AGAINST DEFENDANT CHRIS SLUDER**

---

    This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss with Prejudice All Claims Against Chris Sluder, filed March 10, 2014 (ECF No. 16).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Plaintiff's Unopposed Motion is GRANTED.  Plaintiff's claims against Defendant Chris Sluder are hereby DISMISSED WITH PREJUDICE.  Each party shall pay her or his own attorney's fees and costs.  The Clerk and the Parties shall modify the case caption to reflect the Court's Order in all future filings.

Dated this 11th day of March, 2014.

                                                    BY THE COURT:

                                                    _____

                                                    William J. Martínez
                                                  United States District Judge