IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02647-WJM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:          April 15, 2014 | Courtroom Deputy:    Courtni Covington |

_Parties:_                                                      _Counsel:_

THERESA BERRY,                                    Matthew S. Martin

           Plaintiff,

v.

BRANDON BEAUVAIS, _et al._,                Jessica K. Muzzio

           Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in Session:      1:34 p.m.**
Court calls case.  Appearances of counsel.

Argument and discussion between the court and counsel regarding Plaintiff's **Motion to Add Party and Amend Complaint** [Doc. No. 15].

Discussion held regarding depositions Plaintiff's counsel intends to take, the disclosure of officer Jesik, the incident report in question, and relevant case law.

The court makes findings of facts and cites case law relied upon.  For the reasons stated on the record, it is

**ORDERED:**          Plaintiff's _Motion to Add Party and Amend Complaint_ [Doc. No. 15, filed 3/10/2014] is **DENIED without prejudice**.

The court notes in denying the _Motion_, it is not precluding the possibility that Plaintiff cannot meet the requirements of Rule 15(c)(1)(c) at a later time.

HEARING CONCLUDED.
**Court in recess**:       **2:25 p.m.**
Total time in court:    00:51

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.