IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02647-WJM-CBS

THERESA BERRY,

    Plaintiff,

v.

BRANDON BEAUVAIS, and
CHAD GARCIA,

    Defendants.

**ORDER GRANTING STIPULATED MOTION
TO DROP JOHN DOES 1-3 FROM CAPTION**

    THIS COURT, having reviewed the parties' Stipulated Motion to Drop John Does 1-3 from Caption (Doc. 55), having reviewed the Motion, and being fully advised,

    DOES HEREBY ORDER that the caption is amended to remove the John Doe Defendants as above. The Parties and the Clerk shall comply with this Order in all submissions filed on or after today.

    Dated this 28th day of August, 2015.

                                                BY THE COURT:

                                               William J. Martínez
                                               United States District Judge