IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 13-cv-02647-WJM-CBS

THERESA BERRY,

    Plaintiff,

v.

BRANDON BEAUVAIS, and
CHAD GARCIA,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 23rd day of September, 2015.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiff
(No exhibits)

_____
Attorney for Defendants