**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-02647-WJM-CBS

THERESA BERRY,

    Plaintiff,

v.

BRANDON BEAUVAIS, and
CHAD GARCIA,

    Defendants.

---

## FINAL JUDGMENT

---

    This action was tried before a jury of eight sworn to try the issues herein with the Honorable William J. Martínez, United States District Judge, presiding.

    Pursuant to the jury Verdict issued on September 23, 2015, all orders entered during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), it is

    ORDERED that judgment is entered in favor of defendants and against the plaintiff and the action and complaint are dismissed. It is

    FURTHER ORDERED that defendants are awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

    Dated at Denver, Colorado this 25th day of September, 2015.

APPOROVED BY THE COURT:

_____
Judge William J. Martínez

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk